IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOMINICANA AYALA** | : CIVIL ACTION |
| | : |
| | : |
| **v.** | : NO. 25-446 |
| | : |
| **JIAZHONG SHI,** *et al* | : |

## **ORDER**

**AND NOW**, this 13th day March 2025, upon review of Plaintiff's Complaint, as well as Plaintiff's "Emergency Motion for Judicial Intervention" and "Motion to Expedite Hearing," as well as the Motions to Dismiss filed by Defendants Backenstoe, Hanna and Varricchio, as well as all oppositions thereto, it is hereby **ORDERED** as follows:

1. Plaintiff's Complaint is **DISMISSED** due to a lack of subject matter jurisdiction.

2. Plaintiff's Motion for Judicial Intervention (Docket No. 9) and Motion to Expedite Hearing (Docket No. 15) are **DENIED** as moot.

3. The Motion to Dismiss of Lehigh County Solicitor Dave Backenstoe and Sheriff of Lehigh County Joseph Hanna (Docket No. 8) is **DENIED** as moot.

4. The Motion to Dismiss of Judge Michele Varricchio is **DENIED** as moot.

5. The Clerk shall **CLOSE** this case.

BY THE COURT:

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**